UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JESSE STEPHEN KING,

    Petitioner,

v.

PATRICK EATON,

    Respondent.

Case No. 22-cv-02984-LB

**ORDER OF TRANSFER**

Petitioner has filed a petition for writ of habeas corpus to challenge the sentence imposed on him following his conviction in the San Bernardino County Superior Court. San Bernardino County lies within the venue of the Central District of California. Petitioner is confined at Sierra Conservation Center in Jamestown, California. That facility lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue for this action is the Central District of California because Petitioner was convicted and the sentence was imposed in that district. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith and DISMISS all pending motions.

ORDER – No. 22-cv-02984-LB

**IT IS SO ORDERED.**

Dated: May 23, 2022

_____
LAUREL BEELER
United States Magistrate Judge